[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 339.]

SHERRILL ET AL., APPELLEES, *v*. HARROFF, APPELLEE, ET AL.; KNOEDLER, APPELLANT.

[Cite as *Sherrill v. Harroff*, 1999-Ohio-269.]

*Discretionary appeal allowed—Court of appeals' judgment reversed on authority of Cuyahoga Support Enforcement Agency v. Guthrie.*

(No. 98-2651—Submitted March 9, 1999—Decided April 21, 1999.)

APPEAL from the Court of Appeals for Columbiana County, No. 96-CO-36.

————————————

*D. Barry Dickson*, for appellee Ronnie Dean Harroff.

*A. Robert Steiskal*, for appellant.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Cuyahoga Support Enforcement Agency v. Guthrie* (1999), 84 Ohio St.3d 437, 705 N.E.2d 318.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————